# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CHARLES HURT, III                                                      PLAINTIFF

v.                                    No. 4:25-cv-917-DPM

OTIS ELEVATOR CO.                                                     DEFENDANT

## ORDER

Motion to intervene, *Doc. 12*, granted.   The Public Employee Claims Division and the Arkansas Division of Environmental Quality may intervene to assert and protect subrogation rights.   Ark. Code Ann. § 11-9-410(a).   The proposed complaint is approved.   The intervenors must file it by 27 May 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_18 May 2026_